UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUL 16 P 3:59

DERRICK D. BOOKER

CIVIL ACTION

VERSUS

NO. 04-850-A

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

_____ DEPUTY CLERK

## RULING
### ON APPLICATION FOR ATTORNEY'S FEES
### AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

The court has carefully considered the motion, the record, the law applicable to

this action, and the Report and Recommendation of United States Magistrate Judge

Docia L. Dalby dated June 26, 2007 (doc. 25), to which defendant has filed Notice of

No Opposition (doc. 24), hereby approves the report and recommendation of the

magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Application for Attorney's Fees and Costs Under the Equal

Access to Justice Act (doc. 16), in the amount of Four Thousand, Seven Hundred Six

and 89/100 ($4,706.89) Dollars, is hereby GRANTED.

Baton Rouge, Louisiana, July 16, 2007.



JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA